# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2013

No. 12-10650

Lyle W. Cayce
Clerk

R&L INVESTMENT PROPERTY, L.L.C.,

Plaintiff – Appellee

v.

GUY HAMM; JOYCE HAMM,

Defendants – Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CV-864

Before STEWART, Chief Judge, and BENAVIDES and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.